63 P.3d 404

# SUPREME COURT OF HAWAI'I

**January 31, 2003**

| | | |
|---|---|---|
| 24919 | State v. Nunokawa | Affirmed |

**February 12, 2003**

| | | |
|---|---|---|
| 24796 | Doe Children, In re | Affirmed |

**February 14, 2003**

| | | |
|---|---|---|
| 23181 | State v. Keress | Affirmed |

**February 20, 2003**

| | | |
|---|---|---|
| 24200 | Wailehua v. Mindoro | Affirmed |

**February 26, 2003**

| | | |
|---|---|---|
| 25096 | State v. Cleveland | Affirmed |

**February 28, 2003**

| | | |
|---|---|---|
| 24359 | Crivello v. GTE Hawaiian Telephone Co., Inc. | Affirmed |